Daniel Feinberg, Cal. Bar No. 135983
James P. Keenley, Cal. Bar. No. 253106
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
dfeinberg@lewisfeinberg.com
jkeenley@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JOHN TORPEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>A.G. EDWARDS LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendant. | Case No. C09-01902 (CRB)<br><br>**STIPULATION OF THE PARTIES TO CONTINUE THE INITIAL CASE MANAGEMENT HEARING;** [~~PROPOSED~~ ORDER]<br><br>Location: San Francisco<br>Judge Charles R. Breyer |

**STIPULATION OF THE PARTIES TO CONTINUE THE INITIAL CASE MANAGEMENT HEARING**

**WHEREAS** the initial case management hearing is calendared for 8:30 AM on August 7, 2009; and

**WHEREAS** the parties are currently attempting to negotiate a settlement of the claims raised in the complaint;

**THE PARTIES HEREBY STIPULATE** to continue the initial Case Management Conference four weeks to 8:30 AM on September 4, 2009.

//

//

//

STIPULATION TO CONTINUE HEARING [CASE NO. C09-01902(CRB)]                                           Page 1

| | | |
|---|---|---|
| 1  Dated: July 29, 2009 | | LEWIS, FEINBERG, LEE, |
| 2 | | RENAKER & JACKSON P.C. |

Dated: July 29, 2009                                     LEWIS, FEINBERG, LEE,
                                                         RENAKER & JACKSON P.C.


By:   /s/ James P. Keenley
      Daniel Feinberg
      James P. Keenley
      Attorneys for Plaintiff


Dated: July 29, 2009                                     WILSON, ELSER, MOSKOWITZ,
                                                         EDELMAN & DICKER, LLP


By:   /s/ Sean P. Nalty
      Sean P. Nalty
      Attorneys for Defendant


[PROPOSED] ORDER

IT IS SO ORDERED.

Date: JUL 3 0 2009          By:   _____
                                  THE HONORABLE CHARLES R. BREYER
                                  United States District Judge

## CERTIFICATE OF SERVICE

This is to certify that on July 29, 2009, a copy of the foregoing was filed electronically and served by mail or hand delivery on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail or hand delivery to all parties that are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ James P. Keenley
James P. Keenley

Copies to:

Sean P. Nalty
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street - 17th Floor
San Francisco, CA 94105-2725
p 415-433-0990 x3094
f 415-434-1370
sean.nalty@wilsonelser.com