Daniel Feinberg, Cal. Bar No. 135983
James P. Keenley, Cal. Bar. No. 253106
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
dfeinberg@lewisfeinberg.com
jkeenley@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JOHN TORPEY,<br><br>    Plaintiff,<br><br>vs.<br><br>A.G. EDWARDS LONG TERM DISABILITY PLAN,<br><br>    Defendant. | Case No. C09-01902 (CRB)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff JOHN TORPEY, and Defendant A.G. EDWARDS LONG TERM DISABILITY PLAN, by and through their respective attorneys of record, hereby stipulate that this matter be dismissed with prejudice, each party to bear its own costs of suit and attorneys' fees.

Dated: December 30, 2009        Respectfully submitted,

                   LEWIS, FEINBERG, LEE,
                   RENAKER & JACKSON P.C.


              By: /s/ Daniel Feinberg
                 Daniel Feinberg
                 James P. Keenley
                 Attorneys for Plaintiff

| 1 | Dated: December 30, 2009 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |

By: /s/ Sean P. Nalty
Sean P. Nalty
Attorneys for Defendant

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: Jan. 5, 2010



HON. CHARLES R. BREYER
United States District Judge